# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Sheila Murphy and Ben Murphy, | ) |
| Plaintiffs, | ) **ORDER** |
| vs. | ) |
| Continental Resources, Inc., | ) Case No. 1:19-cv-069 |
| Defendant. | ) |

The court held a status conference with the parties by telephone on December 17, 2019. Pursuant to the parties' discussions, the deadline for filing motions to amend the pleadings to add claims for punitive damages shall be extended until May 8, 2020.

**IT IS SO ORDERED.**

Dated this 17th day of December, 2019.

               */s/ Clare R. Hochhalter*
               Clare R. Hochhalter, Magistrate Judge
               United States District Court