# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Sheila Murphy and Ben Murphy, ) | |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Continental Resources, Inc., ) | |
| ) | Case No. 1:19-cv-069 |
| Defendant. ) | |

The court held a status conference with the parties by telephone on March 20, 2020. Pursuant to its discussions with the parties, the court amends the pretrial deadlines as follows:

1. The parties shall have until August 7, 2020, to complete fact discovery and until August 21, 2020, to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiffs' designations and reports due by September 11, 2020;

    b. Defendant's designation and Reports due by October 9, 2020; and

    c. Rebuttal reports due by November 13, 2020.

3. The parties shall have until December 4, 2020, to complete discovery depositions of expert witnesses.

4. The parties shall have until December 13, 2019, to move to amend pleadings to add claims or defenses, except for claims for punitive damages for which the deadline shall be August 7, 2020.

5. The parties shall have until September 4, 2020, to file dispositive motions (summary judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 15th day of April, 2020.

                                                   */s/ Clare R. Hochhalter*
                                                   Clare R. Hochhalter, Magistrate Judge
                                                   United States District Court