# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Sheila Murphy and Ben Murphy, ) | |
| ) | **ORDER** |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 1:19-cv-069 |
| Continental Resources, Inc., ) | |
| ) | |
| Defendant. ) | |

The court held a status conference in the above-captioned action on November 29, 2021, and, pursuant to its discussion with the parties, hereby **ORDERS**:

1. The final pretrial conference set for January 11, 2022, shall be rescheduled for June 6, 2023, at 9:00 AM by telephone before the magistrate judge. To participate in the conference, the parties are to call (877) 810-9415 and enter access code 8992581.

2. The jury trial scheduled for January 24, 2022, shall be rescheduled for June 20, 2023, at 9:00 AM in Bismarck (courtroom #1) before Judge Traynor. A four (4) day trial is anticipated..

Dated this 29th day of November, 2021.

                */s/ Clare R. Hochhalter*
                Clare R. Hochhalter, Magistrate Judge
                United States District Court