IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Sheila Murphy and Ben Murphy, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Continental Resources, Inc., | ) | Case No. 1:19-cv-069 |
| | ) | |
| Defendant. | ) | |

On September 19, 2023, the Parties filed a Stipulation for Extension of Briefing Schedule for Motion for Fees. (Doc. No. 122). The court **ADOPTS** the Parties' stipulation (Doc. No. 122). Plaintiffs shall have until October 16, 2023, to file their motion for fees. Defendant's response to Plaintiffs' motion is due by November 6, 2023. Plaintiffs' reply is due by November 20, 2023.

**IT IS S ORDERED.**

Dated this 20th day of September, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court